PALADINO-NATANSON COMPANY, INC., Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 21645.) — Appeal from a judgment of the Court of Claims. The appeal involves the construction of contract provisions. The contract provided for two items, item 4, unclassified excavation, and item 4-a, embankment in place. The contractor's specifications did not provide that the contractor should

not be paid for excavated materials used to construct embankment in place. Judgment affirmed, with costs. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Rhodes, J., dissents and votes to reverse the judgment and to dismiss the claim.